1

2

3

4

5

6

7

8 **IN THE UNITED STATES DISTRICT COURT**

9 **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10 **SAN JOSE DIVISION**

11

| | |
|---|---|
| 12 JUAN CARLOS KAKOGUI, | Case Number C 09-4841 JF (HRL) |
| 13 Plaintiff, | ORDER VACATING PLAINTIFF'S MOTION FOR LEAVE TO FILE |
| 14 v. | FIRST AMENDED COMPLAINT; AND GRANTING PLAINTIFF'S |
| 15 AMERICAN BROKERS CONDUIT, et al., | MOTION FOR PERMISSION TO FILE ELECTRONICALLY |
| 16 Defendants. | [re: document nos. 16, 20 ] |
| 17 | |

18

19    Plaintiff Juan Carlos Kakogui, proceeding *pro se*, filed the instant action on August 4,

20 2009 in the Superior Court for the County of Santa Cruz. The action was removed to this Court

21 on October 13, 2009. Plaintiff has filed a motion for permission to file papers in this case

22 electronically. That motion is GRANTED.

23    Defendant Wells Fargo Bank dba America's Servicing Company has filed a motion to

24 dismiss the complaint for failure to state a claim, which is set for hearing on February 19, 2010.

25 Plaintiff has filed a motion for leave to file a first amended complaint, which is set for hearing on

26 March 12, 2010. Pursuant to Federal Rule of Civil Procedure 15(a), "[a] party may amend the

27 party's pleading once as a matter of course at any time before a responsive pleading is served."

28 A motion to dismiss does not constitute a responsive pleading within the meaning of Rule 15(a);

Plaintiff thus does not need leave of court to file an amended complaint. *See Crum v. Circus Circus Enterprises*, 231 F.3d 1129, 1130 n.3 (9th Cir. 2000). Accordingly, the hearing on Plaintiff's motion is VACATED. Plaintiff may file his first amended complaint forthwith.

IT IS SO ORDERED.


DATED: 1/11/2010

_____
JEREMY FOGEL
United States District Judge

1    Copies of Order served on:

2

3    Donald John Querio    djq@severson.com

4    Jason M. Julian    jmj@severson.com, jc@severson.com, ksb@severson.com

5    Juan Carlos Kakogui
     620 Tabor Drive
6    Scotts Valley, CA 95066

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28