**E-Filed 3/30/2010**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JUAN CARLOS KAKOGUI,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>AMERICAN BROKERS CONDUIT, et al.,<br><br>　　　　　Defendants. | Case Number C 09-4841 JF (HRL)<br><br>**ORDER[1] DENYING PLAINTIFF'S *EX PARTE* APPLICATION TO CONTINUE HEARING ON DEFENDANT'S MOTION TO DISMISS**<br><br>[RE: Document No. 39 ] |

On March 18, 2010, Plaintiff filed an *ex parte* application to continue the hearing on Defendant's motion to dismiss to allow the alternative dispute resolution ("ADR") process to commence. The application will be denied as moot. The Court heard oral argument on Defendant's motion on March 26, 2010, at 9:00 a.m.

**IT IS SO ORDERED.**

DATED: 3/30/2010

_____
JEREMY FOGEL
United States District Judge

---

[1] This disposition is not designated for publication in the official reports.

Case No. C 09-4841 JF (HRL)
ORDER DENYING PLAINTIFF'S *EX PARTE* APPLICATION TO CONTINUE HEARING ON DEFENDANT'S MOTION TO DISMISS
(JFLC3)